November 3, 2024

VIA CM/ECF

Anastasia Dubrovsky, Clerk of Court
John Joseph Moakley U.S. Courhouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Supplemental authority pertaining to *Becky's Broncos, LLC v. Town of Nantucket*, No. 24-1649 (1st Cir.)

Dear Clerk Dubrovsky,

Pursuant to Fed. R. App. P. 28(j), Plaintiffs-Appellants direct the Court's attention to *Walgreen Co. v. Rullan*, 405 F.3d 50 (2005),[1] which is directly on point with respect to Plaintiffs-Appellants' argument that Nantucket violates the Dormant Commerce Clause Doctrine by placing barriers to entry to the car rental market that have insulated from competition for at least nine years five local establishments and Hertz, notwithstanding the inclusion of Hertz and the equal treatment of all newcomers, in-state and out-of-state alike. Appellants' Br., pp. 13-14, 20-22.

In *Walgreen*, Puerto Rico required a "certificate of necessity and convenience" to open a pharmacy, which could involve a burdensome administrative process that did not always result in a certificate. *Walgreen*, 405 F.3d at 52-53, 56. The percentage of locally owned pharmacies was 92% when the law was enacted in 1979 and 94% by the time it was challenged in 2001. *Id.* at 56. All original operators in 1979 were grandfathered in. *Id.* at 53. Although there was some statistical evidence of disparate enforcement in the meantime, all "newcomers," local and foreign alike, had to go through the same process to open

---

[1]   *Walgreen* was cited to below by Appellees; ECF Doc. No. 13, p. 12 n.10; and the District Court; Appx 82.

up shop. *Id.* at 56. While the law in *Walgreen* "treat[ed] 'newcomers' equally, it g[ave] an on-going competitive advantage to the predominantly local group of existing pharmacies." *Id.* at 58. "[This Court] thus f[ou]nd that, on balance, the [law], though facially neutral, discriminate[d] against interstate commerce." *Id.* at 59.

The situation is more dire here. Thanks to a complete bar on new market entrants, the percentage of local operators has remained at 83% (5/6) for at least the last nine years. Appellants' Br., pp. 13-14, 20-22.

>                    Respectfully,
>
>                    */s/ Lucas Newbill*
>                    Lucas Newbill, BBO No. 697176
>                    Law Offices of Lucas Newbill
>                    P.O. Box 1741
>                    Brookline, Massachusetts 02446
>                    Tel. 617-918-7567
>                    lucas@lucasnewbill.com

Cc: All attorneys of record via CM/ECF

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed this day through the court's electronic-filing system (CM/ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF). I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>                    */s/ Lucas Newbill*
>                    Lucas Newbill

Dated: November 3, 2024