# United States Court of Appeals
# For the First Circuit

_____

No. 24-1649

BECKY'S BRONCOS, LLC; JAMES BROAD; REBECCA MCCRENSKY,

Plaintiffs-Appellants,

v.

TOWN OF NANTUCKET; NANTUCKET TOWN SELECT BOARD,

Defendants-Appellees.
_____

Before

Rikelman, Selya, and Kayatta,
<u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: November 8, 2024

     After hearing oral argument on Tuesday, November 5, 2024, the court has decided to refer this matter to the First Circuit's Civil Appeals Management Program pursuant to 1st Cir. R. 33.0. Should the parties be unable to reach a resolution through mediation, the court retains jurisdiction over the issues before us. The parties shall file a joint status report by no later than <u>Tuesday, January 7, 2025</u>.

                                  By the Court:

                                  Anastasia Dubrovsky, Clerk

cc:  Lucas Newbill, Jason W. Crotty, Matthew Joseph Hamel