No. 24-1649

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

BECKY'S BRONCOS, LLC; JAMES BROAD; REBECCA MCCRENSKY,
*Plaintiffs-Appellants*,

v.

TOWN OF NANTUCKET; NANTUCKET TOWN SELECT BOARD,
*Defendants-Appellees*

On Appeal from the United States District Court
for the District of Massachusetts

Case No. 1:24-cv-11308-AK
The Honorable Angel Kelley

## JOINT STATUS REPORT

Pursuant to this Court's November 8, 2024 order, all parties to the above-captioned appeal report that they were unable to resolve the matter despite engaging in the First Circuit's Civil Appeals Management Program on December 13, 2024. Thus, all parties request that this Court issue a decision on the above-captioned appeal.

                                                   Respectfully submitted,
                                                   Plaintiffs-Appellants,
                                                   By their attorney,

Date: December 18, 2024           */s/ Lucas Newbill*
                                                   Lucas Newbill, BBO No. 697176
                                                   Law Offices of Lucas Newbill
                                                   P.O. Box 1741
                                                   Brookline, Massachusetts 02446
                                                   Tel. 617-918-7567
                                                   Fax. 617-910-2514
                                                   lucas@lucasnewbill.com


                                                 Defendants-Appellees,
                                                 By their attorneys,

                                                 */s/ Matthew J. Hamel*
                                                 Jason W. Crotty
                                                 First Circuit Bar No. 1163280
                                                 Matthew J. Hamel
                                                 First Circuit Bar No. 1211882
                                                 **PIERCE DAVIS & PERRITANO LLP**
                                                 10 Post Office Square, Suite 1100N
                                                 Boston, MA 02109
                                                 (617) 350-0950
                                                 jcrotty@piercedavis.com
                                                 mhamel@piercedavis.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed this day through the court's electronic-filing system (CM/ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF). I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              */s/ Lucas Newbill*
                                              Lucas Newbill

Dated: December 18, 2024