# United States Court of Appeals
## For the First Circuit

No. 24-1649

BECKY'S BRONCOS, LLC; JAMES BROAD; REBECCA MCCRENSKY,

Plaintiffs, Appellants,

v.

TOWN OF NANTUCKET; NANTUCKET TOWN SELECT BOARD,

Defendants, Appellees.

**JUDGMENT**

Entered: May 23, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of James Broad, Rebecca McCrensky, and Becky's Broncos, LLC's motion for a preliminary injunction is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Lucas Newbill, Jason W. Crotty, Matthew Joseph Hamel