# United States Court of Appeals
## For the First Circuit

No. 24-1649

BECKY'S BRONCOS, LLC; JAMES BROAD; REBECCA MCCRENSKY,

Plaintiffs - Appellants,

v.

TOWN OF NANTUCKET; NANTUCKET TOWN SELECT BOARD,

Defendants - Appellees.

**MANDATE**

Entered: June 16, 2025

In accordance with the judgment of May 23, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jason W. Crotty
Matthew Joseph Hamel
Lucas Newbill